Gregory L. Spallas, Esq. (SBN 129306)
Adolpho O. Karajah, Esq. (SBN 310785)
**PHILLIPS, SPALLAS & ANGSTADT LLP**
505 Sansome Street, 6th Floor
San Francisco, CA, 94111
Tel: (415) 278-9400
Fax: (415) 278-9411
gspallas@psalaw.net
akarajah@psalaw.net

Attorneys for Defendant
WALMART, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

PATRICK BURTON,

                    Plaintiff,

          vs.

WALMART, INC., and DOES 1 through 20,
inclusive,

                    Defendants.

Federal Case No: 2:20-cv-01199-MCE-CKD

**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271**

## STIPULATION TO ELECT REFERRAL OF ACTION TO VDRP

          Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program  ("VDRP").

DATED:  June 16, 2020          **FISHER LAW OFFICE**


          ___*/s/ T. James Fisher*_____
          T. James Fisher, Esq.
          Attorneys for Plaintiff
          PATRICK BURTON

DATED:  June 17, 2020          **PHILLIPS SPALLAS & ANGSTSADT LLP**


          ___*/s/ Gregory L. Spallas*_____
          Gregory L. Spallas, Esq.
          Adolpho O. Karajah, Esq.
          Attorneys for Defendant
          WALMART, INC.

**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE
RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271**

1

**<u>ORDER</u>**

2

After full consideration pursuant to Rule 271 of the Civil Local Rules of the United States

3

District Court for the Eastern District of California, the parties' stipulation is GRANTED.  This

4

matter is hereby referred to the Court's VDRP coordinator for making the arrangements necessary

5

for dispute resolution proceedings.

6

IT IS SO ORDERED.

7

8

Dated:  June 23, 2020

9

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE
RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271**