UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BURTON,<br><br>        Plaintiff,<br><br>        v.<br><br>WALMART, INC.,<br><br>        Defendant. | No.  2:20-cv-01199-MCE-DMC<br><br>**ORDER** |

    Pursuant to the parties' Joint Stipulation for Dismissal, ECF No. 22, and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this entire action, including all claims and counterclaims stated herein against all parties, is hereby DISMISSED with prejudice. Each party shall bear its own attorney's fees and costs, and the Clerk of Court is directed to close the case.

    IT IS SO ORDERED.

Dated:  June 30, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE